POSTAL TELEGRAPH CABLE COMPANY OF NEW JERSEY,
appellant,

*v.*

THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY et al., respondents.

[Decided February 6th, 1919.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *88 N. J. Eq. 99.*

*Messrs. Vredenburgh, Wall & Carey,* for the appellant.

*Mr. Walter J. Larrabee, Mr. Frederick W. Van Blarcom* and *Mr. William B. Gourley,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH. BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER—12.

*For reversal*—None.